OPINION — AG — EMPLOYMENT STATUS OF A BOARD MEMBER OF THE GRAND RIVER DAM AUTHORITY. HE WAS AN INTERIM APPOINTMENT AND NOT CONFIRMED BY THE SENATE. OPINION: MR. MAHONEY IS STILL A MEMBER OF THE GRAND RIVER DAM AUTHORITY. THE CONCLUSIONS ABOVE IS SUPPORTED BY THE PRINCIPLES OF LAW ANNOUNCED IS AN OPINION NO. MARCH 15, 1961 — CARTWRIGHT, AND OPINION NO. FEBRUARY 18, 1933 — CARTER. CITE: ARTICLE X, SECTION 23, 82 O.S. 1961 863 [82-863] (FRED HANSEN)